UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
YVONNE SMILEY

CASE NO. 11-68298
CHAPTER 13

Debtors,

HON. MARCI MCIVOR

_____/

YVONNE SMILEY

Plaintiff,
v.

ADV. PROC. CASE NO. 12-04489

DFCU FINANCIAL CREDIT UNION,
as successor in interest to Midwest Financial Credit Union

Defendant.
_____/

## REPORT OF PARTIES' RULE 26(f) CONFERENCE

Pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), a conference was held on April 30, 2012, by telephone and e-mail, and was participated in by:

Nathaniel H. Herdt for Plaintiff, Yvonne Smiley
Karen L. Rowse-Oberle for Defendant, DFCU Financial Credit Union

1. Initial Disclosures required by Fed. R. Civ. P. 26(a)(1)
   The parties agree to waive the requirement.

2. Discovery Plan. The parties jointly propose to the Court the following discovery plan:
   a. Discovery will be needed on the following subjects:
      -The value of the property at 226 Riverbend, Milan, Mi.
   b. All discovery commenced in time to be completed by July 30, 2012.
   c. Maximum of 25 interrogatories by each party to any other party. (Responses due 30 days after service.)

d. Maximum of 25 requests for admission by each party to any other party. (Responses due 30 days after service.)
   e. Maximum of 2 depositions by each party.
   f. Each deposition limited to a maximum of 4 hours, unless extended through agreement of the parties.
   g. Reports from retained experts under Rule 26(a)(2) due:
      from plaintiff by June 22, 2012,
      from defendant by June 29, 2012.
3. Other Agreed Upon Items:
   a. Plaintiff shall be allowed until June 1, 2012 to join additional parties or amend the pleadings.
   b. Defendant shall be allowed until June 1, 2012 to join additional parties or amend the pleadings.
   c. All potentially dispositive motions should be filed by August 15, 2012.
   d. The proceeding should be ready for trial by September 7, 2012. The trial is expected to take approximately 1/2 trial day.
   e. <u>Jury Trial Matters</u>
      i. A jury trial was not timely demanded and is waived.

   f. The parties agree that this is a core proceeding.

For Plaintiff:

/s/ Nathaniel H. Herdt
Nathaniel H. Herdt (P68144)
William C. Babut, P. C.
700 Towner
Ypsilanti, Mi 48198
(734) 485-7000
nherdt@babutlaw.com

For Defendant:

/s/ Karen L. Rowse-Oberle
Karen L. Rowse-Oberle (P41893)
24525 Harper Ave., Suite Two
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@butler-butler.com